DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUC PIERRE-CHARLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2731

_____

November 26, 2025

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Daniel W. Ripley of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.